IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KEVIN JOSEPH FOTI,**

    Plaintiff,

v.                                                      No. 14-cv-0667 JB/SMV

**BERNALILLO COUNTY METROPOLITAN**
**DETENTION CENTER, et al.,**

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's prisoner motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915. Because the Court grants the motion, the filing fee for this civil rights complaint is $350.00. Plaintiff is required to pay the full amount of the filing fee pursuant to § 1915(b)(1). Based on the information about Plaintiff's financial status, the Court will waive an initial partial payment pursuant to § 1915(b)(1). If Plaintiff fails to comply with this order, the civil rights complaint may be dismissed without prejudice without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff's motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 is **GRANTED**, and the initial partial payment is **WAIVED**;

**IT IS FURTHER ORDERED** that Plaintiff file monthly financial certificates and make monthly payments of twenty per cent (20%) of the preceding month's income credited to his account or show cause why the payment should be excused; and the Clerk is directed to provide Plaintiff with two copies of the post-filing financial certificate.

**IT IS SO ORDERED.**

                                                                                   _____
                                                                                   **STEPHAN M. VIDMAR**
                                                                                   **United States Magistrate Judge**