IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KEVIN JOSEPH FOTI,**

    **Plaintiff,**

**v.**                                                        **No. 14-cv-0667 JB/SMV**

**BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER, et al.,**

    **Defendants.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. The record reflects that recent mailings to Plaintiff were returned undelivered, and the record contains no new address for him. *See* [Docs. 13, 17] (mail to Plaintiff returned to the Court with the notation "NIC," which the Court understands to mean "not in custody.")

It appears that Plaintiff has changed his address without notifying the Court, as required by D.N.M.LR-Civ 83.6, and has therefore severed contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, *see Baker v. Suthers*, 9 F. App'x 947, 949 (10th Cir. 2001), he will be required to show cause why his complaint should not be dismissed. Failure to comply with this Order may result in dismissal without further notice.

**IT IS THEREFORE ORDERED** that, **within 7 days** from entry of this Order, Plaintiff notify the Clerk in writing of his current address, or otherwise show cause why this action should not be dismissed.

**IT IS SO ORDERED.**

                                                                                 _____
                                                                                 **STEPHAN M. VIDMAR
                                                                                 United States Magistrate Judge**